# United States Court of Appeals for the Federal Circuit

---

**SECRETARY OF DEFENSE,**
*Appellant*

**v.**

**RAYTHEON COMPANY, RAYTHEON MISSILE SYSTEMS,**
*Appellees*

---

2021-2304

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 59435, 59436, 59437, 59438, 60056, 60057, 60058, 60059, 60060, 60061, Administrative Judge David D'Alessandris, Administrative Judge Richard Shackleford, Administrative Judge Cheryl L. Scott.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

January 3, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court