# United States Court of Appeals for the Federal Circuit

_____

**SECRETARY OF DEFENSE,**
*Appellant*

v.

**RAYTHEON COMPANY, RAYTHEON MISSILE SYSTEMS,**
*Appellees*

_____

2021-2304

_____

Appeal from the Armed Services Board of Contract Appeals in Nos. 59435, 59436, 59437, 59438, 60056, 60057, 60058, 60059, 60060, 60061, Administrative Judge David D'Alessandris, Administrative Judge Richard Shackleford, Administrative Judge Cheryl L. Scott.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered January 3, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 24, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court